

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00562-CV

**IN THE INTEREST OF T.D.**, et al., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00167
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 4, 2013.

_____
Rebeca C. Martinez, Justice